United States District Court
Southern District of Texas
**ENTERED**
September 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:18-CR-561 |
| | § | |
| EDUARDO MATEOS-DIAZ | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant EDUARDO MATEOS-DIAZ's motion for continuance. (D.E. 15). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant moves for a continuance because defense counsel requires additional time to investigate and consult with the defendant. Defense counsel discovered a potential discrepancy in the date the defendant entered the United States which may affect the defendant's decision to plead guilty and/or whether the defendant is actually guilty of the offense.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of the defendant and finds that this motion should be **GRANTED**.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. District Judge Nelva Gonzales Ramos on **September 28, 2018 at 9:00 a.m.** and Jury Selection and Trial are set before Judge Ramos on **October 9, 2018 at 9:00 a.m.**

Any further motion for continuance must be filed seven days before the final pretrial conference. Leave of court must be obtained before filing any other type of motion as the deadline to file motions has expired.

ORDERED this 6th day of September, 2018.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge